# Exhibit 2

**EXHIBIT 2: SAP SALES INFRINGEMENT CLAIM CHART, U.S. PATENT NO. 8,271,315**

| | CLAIM 1 ELEMENTS | SAP SALES CLOUD | MATERIALS ETC. |
|---|---|---|---|
| a | A personal information utilization system, | The system utilizes customer information, including transaction history. SAP Sales Cloud is a computer-implemented system designed to collect, store, process, and utilize personal information of individuals for sales, targeting, and customer relationship management purposes. | See Complaint, ¶ 14 |
| b | a personal information storage means; | SAP Sales Cloud includes one or more databases that store personal information of a plurality of individuals, including but not limited to names, contact details, roles, communication history, and account relationships of contacts, leads, and customers. | See Complaint, ¶ 15 |
| c | a communication means; | SAP Sales Cloud includes network communication interfaces that enable data transmission between user terminals (including web browsers, mobile devices, partner portals, and APIs) and backend systems via the Internet or private networks. | See Complaint, ¶ 16 |
| d | a processor configured for controlling operation of the personal information storage means and the communication means, | SAP Sales Cloud includes one or more processors executing software instructions to control data storage, retrieval, matching, analytics, user queries, and transmission of personal information through the system's communication interfaces. | See Complaint, ¶ 17 |
| e | said personal information storage means storing personal information of a plurality of information disclosing persons and storing first commodity provision information pertaining to a first commodity provided to at least one of the plurality of information disclosing persons by a first commodity provider; | Provides a repository of customer information, including transaction history. SAP Sales Cloud stores personal information of multiple individuals ("information disclosing persons"), including contacts, decision-makers, prospects, and customers associated with accounts and opportunities. SAP Sales Cloud stores information identifying products and/or services ("commodities") that have been provided to individuals or accounts, including closed opportunities, historical sales records, subscriptions, renewals, installed base data, and product assignments associated with specific customers and contacts.<br>The entity that originally sold or provided such products or services constitutes a "first commodity provider." | See Complaint, ¶ 18 |

**EXHIBIT 2: SAP SALES INFRINGEMENT CLAIM CHART, U.S. PATENT NO. 8,271,315**

| | | | |
|---|---|---|---|
| f | the processor further configured for: | It is a cloud service, and the processes are executed by a processor. | See Complaint, ¶ 17 |
| g | a) receiving second commodity provision information from a second commodity provider that is different than the first commodity provider, the second commodity provision information received from an information search side terminal via said communication means, the second commodity provision information including at least one of an attribute of the first commodity or information pertinent to providing the first commodity; | By utilizing a unified, centralized sales solution, sales representatives in different subsidiaries will have better visibility into sales activities and opportunities in each other's business areas, creating a structure that can significantly increase cross-selling. SAP Sales Cloud receives product or service information from sales users, partners, resellers, or distinct sales organizations operating through the system. Such entities constitute "second commodity providers" different from the first commodity provider, including but not limited to channel partners, resellers, or separate business units offering different products or services. The second commodity provision information is received from user terminals such as web browsers, mobile devices, partner portals, or integrated systems used to search, filter, and identify potential customers within SAP Sales Cloud via the system's communication means. The received product or service information includes attributes and criteria related to existing products or services, including compatibility, eligibility, pricing tiers, renewal status, complementary offerings, or other information pertinent to providing or extending the original commodity. | See Complaint, ¶ 19 |
| h | b) checking said received second commodity provision information against the first commodity provision information;. | SAP Sales Cloud compares the received product or service information against stored product histories, purchase records, installed base data, and opportunity data to identify matches, overlaps, or eligibility conditions for customers and contacts. | See Complaint, ¶ 20 |
| i | c) identifying, as a result of said checking, at least one specific information disclosing person from the plurality of information disclosing persons, the at least one specifically | Based on the comparison, SAP Sales Cloud identifies specific individuals—such as named contacts or decision-makers—associated with matching product, service, or opportunity criteria. SAP Sales Cloud uses product- and service-related information as query keys to identify individuals whose stored product histories or relationships | See Complaint, ¶ 21 |

2

**EXHIBIT 2: SAP SALES INFRINGEMENT CLAIM CHART, U.S. PATENT NO. 8,271,315**

| | | | |
|---|---|---|---|
| | identified information disclosing person associated with said first commodity provision information, said identifying by using the second commodity provision information as a key such that the second commodity provision information at least partially coincides with the first commodity provision information; | partially or fully coincide with the received product or service information. | |
| j | d) reading out at least a portion of the personal information of said at least one specifically identified information disclosing person from said personal information storage means; | SAP Sales Cloud retrieves and reads out personal information of the identified individuals, including names, contact details, roles, and account associations, from its stored databases. | See Complaint, ¶ 22 |
| k | e) transmitting said read out at least a portion of the personal information to said information search side terminal via the communication means. | SAP Sales Cloud transmits the retrieved personal information to the querying terminal by displaying it through the user interface, delivering it to partner portals, or providing it through APIs or reports accessible via the system's communication means. | See Complaint, ¶ 23 |

3